**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 12-cv-02086-MSK-CBS

PATRICIA VALDEZ,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

---

**JUDGMENT UNDER FED.R.CIV.P. 68**

---

Pursuant to the Offer of Judgment served on December 3, 2012 and the acceptance thereof filed on December 4, 2012, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Patricia Valdez and against the Defendant Stellar Recovery, Inc. in the total amount of $4,750.00, said amount is inclusive of Plaintiff's attorney's fees and costs to date.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of __15%__ from the date of entry of Judgment.

DATED at Denver, Colorado this __27th__ day of December, 2012

                                            JEFFREY P. COLWELL, CLERK

                                            By:  __s/ E Butler__
                                                     Edward P. Butler, Deputy Clerk