PO Box 3609
Los Angeles, CA  90051

August 05, 2014

UNITED STATES DISTRICT COURT
901 19TH STREET, #A-105
DENVER, CO  80294

```
                    FILED
          UNITED STATES DISTRICT COURT
              DENVER, COLORADO

                 AUG 1 1 2014

              JEFFREY P. COLWELL
                      CLERK
```

Regarding Reference number: L011713000650
Type: CO - Writ of Garnishment
Case Number: 12cv02086MSKCBS
Case name: Patricia Valdez vs. Stellar Recovery, Inc.

UNITED STATES DISTRICT COURT:

On 01/17/2013, Bank of America (or its predecessor) was served with a Writ of Garnishment in the above referenced matter, which required the bank to hold the funds of its customer. We are currently holding $4,820.00 from the customer's account pending further court order and resolution of the Writ of Garnishment.

To date, we have not received a court order to pay over the funds or been informed whether the Writ of Garnishment has been dismissed, or otherwise resolved. Please provide the status of this matter by selecting from the list below, and providing your signed acknowledgement.

☐  Matter dismissed or otherwise resolved. Funds may be released.(Please provide copy of Order)

☐  Please submit funds pursuant to attached court order. (Court order to pay over funds must be attached):
   o  Amount: _____
   o  Payable to: _____

☐  Matter remains open. Continue to hold funds.

☐  Other (please explain): _____
   _____

Acknowledged by: _____   Date: _____

Print Name: _____

Please kindly respond to this inquiry at your earliest convenience. Your response can be faxed to 415-796-1240 or mailed to Legal Order Processing at:

> Bank of America, N.A
> CA9-705-05-07
> PO Box 3609
> Los Angeles, CA  90051

Thank you for your prompt attention to this matter.

If you have any questions, please call us at 213-580-0702. We are available Monday through Friday 9 a.m. to 5 p.m. Local. If you need to forward any correspondence to us regarding this case, please mail it to the address listed above. When contacting us regarding this notice, please use the reference number listed above.

♻ Recycle Paper

Legal Order Processing

